IN THE UNITED STATE DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

*FILED*
*SEP 2 2 2016*
*CLERK, U.S. DISTRICT COURT*
*By _____ Deputy*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Case No. 4:16-CR-118-A |
| | § | |
| AMANDA NICOLE RISOVI | § | |

### ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO ~~FILE~~ *Submit* CHARACTER LETTERS OUT OF TIME

The Court having considered the Defendant's Unopposed Motion for Leave to ~~File~~ *Submit* Character Letters and Photos Out of Time in the above-styled cause, it is ORDERED AND ADJUDGED that the Unopposed Motion for Leave to ~~File~~ *Submit* Character Letters Out of Time shall be and is hereby:

GRANTED / ~~DENIED~~ this 22 day of Sept. 2016.

_____
JUDGE PRESIDING