IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
OCT 19 2016
CLERK, U.S. DISTRICT COURT
By _____
        Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:16-CR-118-A |
| | § | |
| CHARLES BOGGS, ET AL. | § | |

### ORDER

Attached to this order as an exhibit is an item the court received in Chambers on the date of the signing of this order. The item could be interpreted as a request that the court appoint an attorney to represent **AMANDA NICOLE RISOVI** ("Risovi") in place of Steven Todd Jumes ("Jumes"). Because of the court's uncertainty as to the exact relief Risovi is seeking, the court has arranged for a telephone conference to be conducted at 2:30 p.m. today, with Risovi, Jumes, and the attorney for the government on the line, for the purpose of seeking clarification.

SIGNED October 19, 2016.

_____
JOHN McBRYDE
United States District Judge

15 October 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE NORHTERN DISTRICT OF TEXAS
FORT WORTH DIVISON

---

UNITED STATES OF AMERICA

vs.

AMANDA NICOLE ROOVI (06)

CASE No. 4:16-CR-118-A

To The Honorable John H McBryde, Judge!

    Your Honor, please accept my apology for the informal and incorrect format of this correspondence. Due to my very limited resources available I have attempted to duplicate other case documents as much as possible.

    I mean no disrespect to Your Honor or the Court with my request, further I agree that the sentence imposed may be reasonable considering the information available at that time.

page 1 of 5

15 October 2016

My dissatisfaction is not with the Court, it lies with my counsel. While I believe that Mr. Jumes started with good intentions, it is my opinion that he may possibly have become over extended or overwhelmed by his case load and as a result, my defense suffered. Just a few actions in support of my claim:

① My requests for copies of documents pertaining to my case, including documents that I signed, were never fulfilled.

② Evidence I requested was never obtained.

③ An answer of "No Objections" was filed reguarding my PSR without consulting me whatsoever. I was only informed of this by an assistant and what I believe to have been after that deadline.

④ In fact, I was never informed of ANY of the post-PSI deadlines including the deadlines to submit character letters.

page 2 of 5

⑤ I was told that Mr. James would request an extention, however I never learned if it was filed or of the extended deadline.

⑥ I mailed multiple letters with concerns and left many messages at his office with different individules (including the senior partners) requesting a visit or even a call through my case manager to save him the trip. Many of these were between the PSI and sentencing, and during the last two weeks of my case. They were completely disreguarded.

I have had other issues, however I feel these are sufficent for my point to be established.

It is not my desire to waste the Court's or the Government's time or resources in the event that more attentive counsel would have no impact on my case. I have attempted to obtain a second

page 3 of 5

opinion on my own. Unfortunately, I am having difficulty due to "conflict of interest" presumably with other defendents as well as the fact that I already have representation.

My request to the Court is that, since I have lost confidance in Mr. Jume's ablity to provide an effective defense, I am appointed different counsel. I do not want to request an appeal due to academic or frivolus arguments that would have no influence on the outcome of my case, nor do I desire to be complacent in my own defense. If possible I would like to simply speak to potential alternate defense counsel to advise me reguarding my appeal possiblites. In the event that is not a viable option without a commitment, then I would like to appeal my case and request new representation.

15 October 2016

If my format, request or legal wording needs to be corrected before my motion can be accepted, please educate me on the corrections needed and any deadlines to do so. If possible, I would like to request confirmation of receipt of this document.

Respectfully Submitted,

*Amanda Risovi*

AMANDA RISOVI
USM No 54042-177
1601 Heritage Pkwy
Mansfield TX 76063

Exhibit to Order dated
October 19, 2016, in
Case No. 4:16-CR-118-A
Page 5 of 5